**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-00245** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **LASANDRA LAVERNE EDWARDS** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant Lasandra L. Edwards and adjudges her guilty of the offense charged in Count One of the indictment against her.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 21st day of February, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE